David C. Wright
McCune Wright Arevalo, LLP
3281 E. Guasti Road, Suite 100
Ontario, CA 91761
Email: DCW@McCuneWright.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Wallace Coats, et al.,

  Plaintiffs

v.

Hyundai Motor Company Ltd., et al.,

  Defendants.

**CASE NUMBER**

8:17-cv-02208-JVS-JDE

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Gonnelli, Adam R.
*Applicant's Name (Last Name, First Name & Middle Initial*

732-741-4290   888-749-7747
*Telephone Number*   *Fax Number*

GonnelliA@TheSultzerLawGroup.com
*E-Mail Address*

of

The Sultzer Law Group P.C.
280 Highway 35
Suite 304
Red Bank, NJ 07701

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

James Kinnick
Wallace Coats

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Wright, David C.
*Designee's Name (Last Name, First Name & Middle Initial*

177468   909.557.1250   909.557.1275
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

DCW@McCuneWright.com
*E-Mail Address*

of

McCune Wright Arevalo, LLP
3281 East Guasti Rd., Suite 100
Ontario, California 91761

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**