Joseph G. Sauder
jgs@sauderschelkopf.com
Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Facsimile: (610) 421-1326

*Attorneys for Plaintiffs and the Proposed Class*

***[LIST OF ADDITIONAL COUNSEL ON SIGNATURE PAGE]***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES KINNICK and WALLACE COATS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

HYUNDAI MOTOR COMPANY, LTD, HYUNDAI MOTOR AMERICA, INC., and DOES 1 through 10, Inclusive,

Defendants.

Case No.: 8:17-cv-02208-JLS-JDE

**CLASS ACTION**

**PLAINTIFFS' UNOPPOSED NOTICE OF MOTION AND MOTION FOR THE APPOINTMENT OF INTERIM CLASS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW D. SCHELKOPF; DECLARATION OF ADAM GONELLI; [PROPOSED] ORDER**

Hearing Date: June 8, 2018
Hearing Time: 2:30 p.m.
Courtroom: 10A

PLEASE TAKE NOTICE that on June 8, 2018, at 2:30 p.m. in Courtroom 10A of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana, CA, 92701, Plaintiffs James Kinnick and Wallace Coats will move for an order appointing interim class counsel.

This motion will be based on the attached Memorandum of Points and Authorities, the Declarations of Matthew D. Schelkopf and Adam Gonelli and

exhibits attached thereto, and on such other evidence or argument as may be offered at any hearing on this motion. A proposed order is enclosed herewith.

DATED: April 17, 2018.

**SAUDER SCHELKOPF LLC**

By: */s/ Matthew D. Schelkopf*
Joseph G. Sauder
Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney

555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Adam Gonnelli, Esq.
**THE SULTZER LAW GROUP**
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
gonnellia@thesultzerawgroup.com

*Proposed Interim Co-Lead Counsel*

Bonner Walsh
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
Email: bonner@walshpllc.com

*Proposed Executive Committee*

Richard D. McCune
State Bar No. 132124
rdm@mccunewright.com
David C. Wright
State Bar No. 177468
dcw@mccunewright.com
**MCCUNE WRIGHT AREVALO LLP**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Laura R. Reznick
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550

Email:lreznick@leedsbrownlaw.com

**HALUNEN LAW**
Melissa W. Wolchansky (to be admitted *pro hac vice*)
*wolchansky@halunenlaw.com*
Amy E. Boyle (to be admitted *pro hac vice*)
*boyle@halunenlaw.com*
1650 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

**CARLSON LYNCH SWEET KILPELA & CARPENTER**
Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: (619) 756-6994
Facsimile: (619) 756-6991

Edwin J. Kilpela (to be admitted *pro hac vice*)
ekilpela@carlsonlynch.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Fax: (412) 231-0246

Jonathan D Miller
**Nye Peabody Stirling Hale and Miller LLP**
33 West Mission Street Suite 201
Santa Barbara, CA 93101
805-963-2345
Fax: 805-563-5385
Email: jonathan@nps-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Matthew D. Schelkopf, hereby certify that on this 17th day of April, 2018, I caused the foregoing to be filed using the Court's CM/ECF system, and thereby electronically served it upon all registered ECF users in this case.

DATED: April 17, 2018.

Respectfully submitted,

By: */s/ Matthew D. Schelkopf*
Matthew D. Schelkopf