Case 8:17-cv-02208-JLS-JDE   Document 33-3   Filed 04/18/18   Page 1 of 11   Page ID #:229

# Exhibit A

# SAUDER | SCHELKOPF
## Attorneys at Law

Telephone: (610) 200-0580
Facsimile:
555 Lancaster Avenue
Berwyn, PA 19312

# Attorneys

- Joseph G. Sauder
- Matthew D. Schelkopf
- Lori Kier
- Joseph B. Kenney

# Practice Areas

- Automobile Defects and False Advertising
- Consumer Fraud Class Actions
- Employee Rights Class Actions
- General Complex Litigation

# Case Highlights

# Joseph G. Sauder, Partner



Joseph G. Sauder has successfully prosecuted cases throughout the country and over the last five years has recovered in excess of $100 million on behalf of his consumer and business clients.

Since 2012, Mr. Sauder has been selected by the National Trial Lawyers Association as one of the Top 100 Trial Lawyers in Pennsylvania. Since 2011, Mr. Sauder has been selected as a Pennsylvania SuperLawyer, a distinction held by the top 5% of attorneys in PA, as chosen by their peers and through the independent research of Law & Politics. The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named Mr. Sauder as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession and make a significant commitment to their community.

From 1998 to 2003, Mr. Sauder was a prosecutor in the Philadelphia District Attorney's Office where he tried hundreds of criminal cases to verdict. Mr. Sauder received his Bachelor of Science, magna cum laude in Finance from Temple University in 1995. He graduated from Temple University School of Law in 1998, where he was a member of Temple Law Review.

Mr. Sauder is admitted to practice before the Supreme Courts of Pennsylvania and New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the District of New Jersey and the District of Colorado. Mr. Sauder currently serves as a lead counsel in numerous class actions related to product, construction and automotive defect cases pending throughout the country.

# Matthew D. Schelkopf, Partner



Matthew D. Schelkopf has extensive trial and courtroom experience throughout the United States, with an emphasis on class actions involving automotive defects, consumer protection, defective products and mass torts litigation.

Since 2010, Mr. Schelkopf has been selected by Pennsylvania Super Lawyers as a Rising Star (a distinction held by the top 2.5% of attorneys in PA) and then a Pennsylvania Super Lawyer, as chosen by their peers and through the independent research of Law & Politics. In 2012, The American Lawyer Media, publisher of The Legal Intelligencer and the Pennsylvania Law Weekly, named Mr. Schelkopf as one of the "Lawyers on the Fast Track" a distinction that recognized thirty-five Pennsylvania attorneys under the age of 40 who show outstanding promise in the legal profession and make a significant commitment to their community. Mr. Schelkopf was also selected as a Top 40 under 40 by the National Trial Lawyers in 2012-2015.

Mr. Schelkopf began his legal profession as a criminal prosecutor with the District Attorney's Office of York County. He quickly progressed to Senior Deputy Prosecutor where he headed a trial team responsible for approximately 300 felony and misdemeanor cases each quarterly trial term.

In 2004, Mr. Schelkopf then associated with a suburban Philadelphia area law firm, litigating civil matters throughout Pennsylvania and New Jersey. In 2006, he was co-counsel in a Philadelphia County trial resulting in a $30,000,000.00 jury verdict in favor of his clients – the largest state verdict recorded for that year. Mr. Schelkopf currently serves as a lead and co-lead counsel in numerous class actions related to product and automotive defect cases pending throughout the country.

Outside of the office, Mr. Schelkopf enjoys spending time with his family, mountain and road biking, skiing and restoring classic automobiles. Three of his auto restorations have been featured in nationally circulated automotive publications.

# Lori Kier, Counsel

With a broad litigation background, Lori G. Kier serves as Of Counsel to the firm. For nearly 25 years, Ms. Kier served as senior attorney at the U.S. Environmental Protection Agency in Philadelphia. Prior to her time at EPA, Ms. Kier was a staff attorney at the U.S. Court of Appeals for the Third Circuit and a Law Clerk to U.S. District Judge Fred I. Parker (D. Vt.).



At EPA, Ms. Kier developed and prosecuted enforcement cases (administrative and judicial) under multiple state and federal environmental statutes, and participated in all aspects of litigation, both as primary counsel and in support of the U.S. Department of Justice. She led various teams in developing enforcement initiatives, most prominently in the areas of municipal and industrial stormwater. Other statutory areas covered included: Clean Water Act, Emergency Planning and Community Right-to-Know Act, Federal Insecticide, Fungicide, and Rodenticide Act National Historic Preservation Act, Resource Conservation and Recovery Act, Safe Drinking Water Act, and Toxic Substances Control Act.

As an active participant in her local community, Ms. Kier is currently a member of the East Goshen Township Zoning Hearing Board and previously served on the Township's Planning Commission. She serves as a Democratic Committee Person and has also been a mock trial coach for two local high schools as well as a judge for high school, college, and law school mock trial and moot court competitions

# Joseph B. Kenney, Associate



Joseph B. Kenney has experience representing consumers in class actions involving defective products, automotive defects, false and misleading advertising, and other consumer protection litigation.

Joe received his J.D., *cum laude*, from Villanova University School of Law in 2013. He was elected as a Managing Editor of Student Works for the Jeffrey S. Moorad Journal of Sports Law for his third year of law school. As a staff writer, his comment was selected for publication in the Spring 2012 Volume of the Journal. Prior to law school, Joe attended Ursinus College where he was a member of the men's varsity soccer team.

Joe is admitted to practice before the Supreme Courts of Pennsylvania and New Jersey and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. In 2017 and 2018, Joe was distinguished as a Pennsylvania SuperLawyer Rising Star.

# Practice Area: Consumer Fraud Class Actions

The attorneys at Sauder Schelkopf have prosecuted and resolved numerous consumer fraud class actions on behalf of millions of consumers against nationally known corporations for deceptive and unfair business practices. Sauder Schelkopf's experience includes the following types of consumer fraud class action cases:

***Automotive Defects*** **–** Automobiles are a major expense and consumers expect them to provide safe and reliable transportation for themselves and their family and friends. Some vehicles, however, may contain manufacturing or design defects that can pose a danger to our families and others on the road. Even if these defects do not create a potential safety issue, they might result in costly repairs to consumers.

***Construction Defects*** **–** When consumers purchase a home, they expect the plumbing and other basic functions of the home to work without fail. Certain companies, however, are known to cut corners when designing and manufacturing their products. When an essential component of the home fails, it can lead to costly repair bills, damage to the surrounding property in the home, and high homeowner's deductibles.

***Consumer Electronics Defects*** **–** As technology continues to evolve, more and more consumers purchase and depend upon electronic devices in their daily routines. From smartphones to state-of-the art drones, many manufacturers rush products to sale to take advantage of high consumer demand. As these products are rushed to market, consumers often are left between the difficult choice of paying expensive repair bills or placing their expensive product on the shelf to gather dust.

***Medical Device Defects*** **–** Manufacturers of medical devices are held to high standards in the design, manufacturing, and marketing of their products. When a manufacturer learns of a defect in their medical device that could cause bodily harm to the end-user, the law imposes a strict duty on them to institute a recall immediately. Many times, however, manufacturers seek to place profits above the safety of their customers

## Practice Area: Employee Rights Class Actions

The attorneys at Sauder Schelkopf have protected hundreds of thousands of workers. Employees are given numerous protections under state and federal law. Sauder Schelkopf has held numerous employers accountable to their obligations under the law when hiring, employing, and firing their workers.

If employees face discrimination based on their race, color, country of origin, religion, gender, sexual orientation, the employer is violating the law. In addition, many employees do not receive their due compensation as numerous employers engage in wage and hour violations. Whether you are a potential whistleblower, or your case is associated with any technical or creative legal matter, the attorneys at Sauder Schelkopf are available to discuss your potential case.

# Case Highlights

- *Afzal v. BMW of North America, LLC*, **(D.N.J.)** (class action on behalf of purchasers and lessees of BMW M3 vehicles with S65 engines containing an alleged rotating assembly defect resulting in engine failure);
- *Bang v. BMW of North America, LLC*, **(D.N.J.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain BMW vehicles with N63 engines containing alleged oil consumption defect);
- *Davitt v. Honda North America, Inc.*, **(D.N.J.)** (class action on behalf of hundreds of thousands of purchasers and lessees of Honda CR-V vehicles with alleged defective door lock actuators);
- *Henderson v. Volvo Cars of North America LLC*, **(D.N.J.)** (class action on behalf of 90,000 purchasers and lessees of Volvo vehicles with defective GM4T65 automatic transmissions);
- *Klug v. Watts Regulatory Co.*, **(D. Neb.)** (class action on behalf of 90,000 purchasers and lessees of Volvo vehicles with defective GM4T65 automatic transmissions);
- *Lax v. Toyota Motor Corporation* **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Toyota vehicles with alleged oil consumption defect);
- *Mendoza v. Hyundai Motor America, Inc.*, **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Hyundai Sonata vehicles with alleged connecting rod bearing defect resulting in engine failure);
- *Neale v. Volvo Cars of North America LLC*, **(D.N.J.)** (certified class action on behalf of hundreds of thousands of purchasers and lessees of certain Volvo vehicles with alleged defective sunroof water drainage systems);

- *Rivera v. Ford Motor Company*, **(E.D. Mich.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Ford Focus vehicles with alleged defective Evaporative Emission Control (EVAP) systems causing sudden and unexpected engine stalling);
- *Wallis v. Kia Motors America, Inc.*, **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Kia vehicles with alleged connecting rod bearing defect resulting in engine failure);
- *Whalen v. Ford Motor Co.*, **(N.D. Cal.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Ford and Lincoln vehicles with alleged defective MyFord Touch infotainment systems);
- *Yaeger v. Subaru of America, Inc.*, **(D.N.J.)** (class action on behalf of hundreds of thousands of purchasers and lessees of certain Subaru vehicles with alleged oil consumption defect);
- *In re Checking Account Overdraft Litig.*, **(S.D. Fla.)** (class action resulting in a $55 million settlement with US Bank; $14.5 million settlement with Comerica);
- *In re Stericycle Inc., Sterisafe Contract Litigation*, **(N.D. Ill.)** (commercial litigation brought on behalf of medical waste disposal customers of Stericycle regarding alleged automated price increases in violation of contractual terms);
- *Rangel v. Cardell Cabinetry, LLC*, **(W.D. Tex.)** (Worker Adjustment and Retraining Notification (WARN) litigation brought on behalf of former employees);
- *Smith v. Gaiam*, **(D. Colo.)** ($10 million consumer class action settlement, which provided full relief to the class).