# EXHIBIT A



NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

The Sultzer Law Group, P.C. focuses on consumer class actions and other complex civil litigation.  The firm is headquartered in Poughkeepsie, New York, and maintains offices in New York City, New Jersey, and Pennsylvania.  Since its founding in 2013, The Sultzer Law Group, P.C. has served as lead counsel in numerous high-profile consumer class action cases, including two recent matters in the Southern District of New York involving the use of the term "natural," in which they obtained significant monetary and injunctive relief on behalf of class members. *See, e.g., Vincent, Wesley, et al. v People Against Dirty, PBC (16-cv-06936-NSR)* and *Rapoport-Hect v. Seventh Generation, Inc. (14-cv-9087-KMK)*.  The firm is included in Martindale-Hubbell's Bar Register of Preeminent Lawyers for its class action practice. Jason Sultzer and Joseph Lipari are AV rated by Martindale-Hubbell and have been selected as Super Lawyers.  In addition, they have both been selected as the American Law Media's Mass Tort Lawyer of the Year.  The firm's founding partner, Mr. Sultzer, has earned selection as a Fellow of the Litigation Counsel of America (LCA), recognizing the country's top trial attorneys. The firm's attorneys have contributed to or been featured in various well known publications regarding their class action practice, including: *Law360*, Inside Counsel Magazine, Risk Management Magazine, and CNBC News.  More detail about the firm, its practice areas, and its attorneys appear on its website: www.thesultzerlawgroup.com

## I.     Representative Practice Areas

**Consumer Protection Class Action Litigation**

Attorneys at The Sultzer Law Group, P.C. have advocated for consumers' rights, successfully challenging some of the nation's largest and most powerful corporations for a variety of improper, unfair, and deceptive business practices in a wide range of industries including, the auto, financial, cosmetic, food, and supplement industries. Through our efforts, we have recovered significant benefits for our consumer clients.

Recent Representative matters include:

- *Foster, Andrew Tyler et al. v. L-3 Communications EOTECH, Inc., et al. (United States District Court Western District of Missouri 15-cv-03519)* (obtained monetary recovery for consumers who purchased falsely advertised holographic weapons sights)
- *Davenport, Sumner, et al. v. Discover Financial Services, et al. (United States District Court for the Northern District of Illinois 15-cv-06052)* (preliminary approval granted for monetary relief in TCPA class action)
- *Nicotra, Jennifer et al. v. Babo Botanicals, LLC (E.D.N.Y. 16-cv-00296)* (obtained injunctive relief against company for claiming products were natural)
- *Rapoport-Hect, Tziva et al. v. Seventh Generation, Inc. (S.D.N.Y. 14-cv-9087)* (appointed co-lead counsel in nationwide consumer class action arising from consumer cleaning



products allegedly deceptively marketed as "Natural")

- *Run Them Sweet, LLC v. CPA Global, Ltd., et al, (United States District Court Eastern District of Virginia 1:16-cv-1347)* (obtained a settlement fund of $5,600,000 for consumers who were overcharged with respect to foreign patent renewal services)
- *Vincent, Wesley, et al. v People Against Dirty, PBC. and Method Products, PBC., (S.D.N.Y. 7:16-cv-06936) (*appointed co-lead counsel in nationwide consumer class action arising from consumer cleaning products allegedly deceptively marketed as "Natural")
- *Baumgarten v. Cleanwell, LLC, (E.D.N.Y. 1:16-cv-01780)* (obtained preliminary approval for injunctive relief regarding representations that the products were natural)
- *Mayhew, Tanya, et al., v. KAS Direct, LLC and S.C. Johnson & Son, Inc. (S.D.N.Y. 16-cv-6981)* (preliminary approval pending in consumer class action case involving deceptive labeling of baby products)
- *Becerra, Armando J. et al. v. General Motors LLC (United States District Court Southern District of California 15-cv-2365)*
- *Ciancio, Silvio et al. v. Beaumont Products Incorporated, et al. (S.D.N.Y. 16-cv-08124)*
- *Markos, Jaish et al. v. Russell Brands, LLC (S.D.N.Y. 16-cv-4362)*
- *Principe, Mark et al. v. Edison Nation, LLC et al. (E.D.N..Y 15-cv-05453)*

**Commercial Litigation**

Attorneys at The Sultzer Law Group, P.C.  handle high-stakes commercial cases for both plaintiffs and defendants. We specialize in significant liability exposure involving issues such as business torts, intellectual property matters in which we have pursued and defended against patent and trademark infringement claims, breach of contract, UCC sale of goods, predatory lending, misappropriation of trade secrets/customers, fraud, unfair competition, breach of fiduciary duty, conversion, business transactions, and land use actions. We have successfully represented municipalities as well as companies and individuals in a wide range of industries, including real estate, telecommunications, retail, manufacturing, construction, and alarm/emergency response systems. As a result of our aggressive representation, we have recovered millions of dollars on behalf of clients embroiled in contentious business disputes.

Recent representative matters include:

- *Fair Housing Justice Center, Inc., et al., v. Ulster Savings Bank (S.D.N.Y. 16-cv-8608/2016)*
- *Federal Trade Commission et al. v. Lifewatch Inc. et al. (U.S. District Court, Northern District of Illinois 15-cv-05781)*
- *Life Alert Emergency Response, Inc. v. Lifewatch, Inc., 2:08-cv-02184-CAS (FFMx) (C.D. Cal)*
- *Scanner Guard Corporation v. Excelsis Investments, Inc. et al. (EDPA 16-cv-00516)*



- *101 Imaging LLC DBA Acuscan v. Dr. Rossi, MD., P.C. et al. (Nassau County Supreme Court 601008/2014)*
- *Asset Enhancement Solutions, LLC v. Lifewatch, Inc. (Nassau County Supreme Court 601542/2014)*
- *Brune & Richard LLP v. Daniel Beyda et al. (New York County Supreme Court 650443/2015)*
- *CDP Holdings Group, LLC v. Daniel Beyda (New York County Supreme Court 650261/2016)*
- *Craig C. Goldberg v. GA Capital Partners LLC et al. (New York County Supreme Court 652748/2015)*
- *Daniel Beyda v. Daniel DiPietro et al. (Nassau County Supreme Court 600916/2015)*
- *Dover Madison Capital Management LLC v. Clearwater Systems Corp. et al.  (New York County Supreme Court 652315/2015)*
- *Eddie Sitt, individually and derivatively and on behalf of Sitt Asset Management LLC and Sitt Leasing, LLC v. Ralph Sitt et al. (New York County Supreme Court 652490/2016)*
- *Enterprise Radiology, P.C. d/b/a Washington Heights Imaging v. CDP Holdings Group, LLC et al. (Nassau County Supreme Court 601786/2015)*
- *Lease-It Capital Corp. d/b/a Acculease v. I.M.S./Imaging Medical Solutions, Inc. et al. (New York County Supreme Court 151316/2015)*
- *Long Island Radiology Associates, P.C. v. Daniel Beyda M.D. et al. (Nassau County Supreme Court 602572/2015)*
- *Walker Winslow Group, LLC d/b/a Paradigm Health Plans v. Ross Krasnow, et al.  (U.S. District Court District of New Jersey 14-cv-7772)*

**Mass Tort Litigation**

Attorneys at The Sultzer Law Group, P.C. have successfully defended companies against mass toxic tort cases docketed throughout the United States.  Our cases have ranged from single-plaintiff, single-defendant, and single-product claims of personal injury to matters which involved hundreds of plaintiffs and hundreds of products.  We have obtained defense verdicts and/or summary judgment orders in a number of asbestos, lead, latex, and benzene cases.

## II.      Partner Biographies

**Jason P. Sultzer**

Jason P. Sultzer is a nationally recognized trial lawyer and the founding partner of The Sultzer Law Group P.C. He represents clients throughout the United States in high profile litigations and



has substantial experience in class actions, mass torts, business disputes, personal injury litigation, product liability, and intellectual property-related issues.

Mr. Sultzer has successfully defended and prosecuted nationally recognized companies in highly publicized class action lawsuits in state and federal courts, including proceedings before the Judicial Panel on Multidistrict Litigation. These class actions involved a wide variety of matters, including unfair competition, breach of warranty, product-related issues, employment discrimination, civil rights, overtime wages, the Fair Debt Collection Practices Act, abusive mortgage lending practices, The Telephone Consumer Protection Act, and consumer protection statutes of nearly all fifty states. Mr. Sultzer has been appointed as lead counsel in a number of class action lawsuits in which he has recovered millions of dollars and obtained injunctive relief on behalf of aggrieved consumers nationwide in cases involving fraudulent representations of various foods and products.

Mr. Sultzer is a frequent author and lecturer about class action lawsuits and has been quoted in national publications concerning the Class Action Fairness Act and class action settlements.

Mr. Sultzer also routinely litigates matters involving complex commercial disputes. He represents both plaintiffs and defendants in these cases. These matters include contractual disputes, business fraud, predatory lending, misappropriation of trade secrets/customers, land use actions, breach of fiduciary duty, and unfair competition. These clients have been engaged in the real estate, retail, financial, telecommunications, construction, medical and manufacturing industries. Most recently, Mr. Sultzer obtained injunctive relief on behalf of one of the largest real estate developers in New York City in a multi-million dollar lawsuit involving various properties.

Mr. Sultzer also has successfully litigated hundreds of product liability cases involving a wide range of products, including catastrophic injury and wrongful death matters resulting from fires and electrocutions. Most recently, Mr. Sultzer conducted a trial in which the court returned a favorable verdict in favor of his client, the defendant, in a case involving allegations that his client's product caused a fire and property damage in excess of $10 million.

Additionally, Mr. Sultzer has extensive experience in mass tort cases, including those involving asbestos and the alleged health effects of cell phone use. Given Mr. Sultzer's significant experience in mass tort matters, he regularly advises his clients during corporate crisis situations associated with product recalls, federal agency investigations, state attorney general inquiries, and mass tort and class action litigation threats.



NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

Mr. Sultzer also represents individual plaintiffs in catastrophic personal injury cases. Most recently, on the eve of trial, Mr. Sultzer obtained over $2.5 million on behalf of his client who was severely injured in an auto-related accident.

Prior to opening The Sultzer Law Group P.C., Mr. Sultzer was the youngest equity partner at one of the largest law firms in the country where he served as the co-chairman of its class action practice group. Earlier in his career, Mr. Sultzer was in-house counsel for Owens Corning, a Fortune 500 Company, where he was involved in defending the company against tens of thousands of asbestos lawsuits throughout the country.

Mr. Sultzer has received the Martindale-Hubbell AV rating, indicating that his legal peers rank him at the highest level of professional excellence. He was also named as a "Mass Tort Lawyer of the Year" by American Law Media, and has been recognized as a Super Lawyer for the last 7 years.  Mr. Sultzer, was also featured on the front cover of the Wall Street Journal's Legal Leader's magazine in 2014 and 2015 designating him as one of New York's top rated lawyers. In addition, Mr. Sultzer has earned selection as a Fellow of the Litigation Counsel of America (LCA), recognizing the country's top trial attorneys. The LCA is an invitation-only honorary society that is composed of less than one-half of one percent of American lawyers.

**Adam Gonnelli**

Mr. Gonnelli is a partner at The Sultzer Law Group, P.C. Throughout his career, Mr. Gonnelli has served as lead or co-lead counsel in numerous high-profile class action cases throughout the country resulting in multi-million dollar recoveries to consumers, employees, and investors. Mr. Gonnelli concentrates his practice on consumer fraud class actions, wage and hour litigation, and transactional/commercial litigation. Some of his representative cases include *Guttentag v. Ruby Tuesday* ($3 million recovery for employees in FLSA wage suit); *In re NutraQuest, Inc.*, No. 06-202 (D.N.J.) (consumer fraud case against national diet supplement company); *Wanzo v. Nextel Commc'ns, Inc.*, No. GIC 791626 (Cal. Sup. Ct.) (consumer case challenging change in "nights and weekends" plan); *Rice v. Lafarge North America*, No. 268974 (Md. Cir. Ct.) (merger case resulted in a benefit of $388 million); and *In re Fox Entm't Group, Inc. S'holders Litig.*, No. 1033-N (Del. Ch. 2005) (benefit to shareholders of $450 million); *Foster v. L-3 Communications EOTECH, Inc. (United States District Court Western District of Missouri 15-cv-03519)* (obtained monetary recovery for consumers who purchased falsely advertised holographic weapons sights);  and *Run Them Sweet, LLC v. CPA Global Limited, et al. (United States District Court Eastern District of Virginia 16-cv-1347)* (obtained a settlement fund of $5,600,000 for consumers who were overcharged with respect to foreign patent renewal services).

While attending Cornell Law School, Mr. Gonnelli served as Editor-in-Chief of the Cornell Journal of Law and Public Policy and was a member of the Atlantic Regional Championship



NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

moot court team in the Jessup International Law Moot Court Competition (1997). At Rutgers University, Mr. Gonnelli lettered in football and fencing and served as Student Government President.

Prior to joining The Sultzer Law Group, Mr. Gonnelli was a partner at a national plaintiff class action law firm where he served as the chairman of its Wage Theft Practice Group. Before attending Law School, Mr. Gonnelli was a Financial Writer at the Federal Reserve Bank of New York, where he wrote educational materials on international trade and monetary policy.

**Joseph Lipari**

Joseph Lipari has litigated in state and federal courts throughout the United States, and he has appeared before binding arbitration panels. Mr. Lipari has achieved numerous successful outcomes as counsel for plaintiffs and defendants, including verdicts and settlements.

He has successfully represented businesses in complex suits arising out of high-profile, catastrophic events including: underground mining accidents in Alabama; steel mill explosions in Pennsylvania and Louisiana; and extended unplanned shutdowns and outages in mills, plants, and factories located across the United States and abroad.

Mr. Lipari was featured in *Law*360 for a verdict which he obtained on behalf of defendant in a jury trial in Louisiana. Defendant held not liable for a $2.6 million wrongful death award following a deadly molten steel eruption allegedly linked to equipment designed by the company's predecessor. *Moyer v. Siemens VAI Services and Signal Metal Industries, Inc., No. 2:11-cv-03185 (U.S. District Court for the Eastern District of Louisiana).*

Mr. Lipari has also been involved in creating significant caselaw regarding the use of the term "Natural" in product labeling and advertising. *See, e.g., Silva, Christopher et al. v. Smucker Natural Foods, Inc. and J.M. Smucker Co., 14-cv-6154 (EDNY)*; *Sitt v. Nature's Bounty, Inc. et al., 15-cv-04199 (SDNY).*

He is admitted to the bars of New York, Pennsylvania, and New Jersey. He has also appeared as counsel, by way of pro hac vice admission, in over twenty states. Mr. Lipari has lectured and published on topics including trial strategy, patent disputes, hydrofracking in the Marcellus Shale, and risk management practices.

Mr. Lipari is a 2002 graduate of Seton Hall University School of Law. Before law school, he attended Officer Candidate School in Quantico, Virginia and was offered a commission as Second Lieutenant in the United States Marine Corps.



Prior to joining The Sultzer Law Group P.C., Mr. Lipari was a partner at a prominent national litigation firm. Earlier in his career, he was associated with one of the largest law firms in the country.

Mr. Lipari has received the Martindale-Hubbell AV rating, indicating that his legal peers rank him at the highest level of professional excellence. He was also named as a "Mass Tort Lawyer of the Year" by American Law Media, and has been recognized as a Super Lawyer.

### III.     Associate Biographies

**Jeremy Francis**

Mr. Francis is an associate at The Sultzer Law Group. His practice focuses on commercial litigation and consumer class actions.

Prior to joining The Sultzer Law Group P.C., Mr. Francis was an Assistant District Attorney in the Kings County District Attorney's Office, where he prosecuted misdemeanor and felony cases, including driving while intoxicated, narcotics, gun possession, and assault. He tried close to a dozen cases and secured guilty verdicts in Kings County Criminal Court. Subsequently, Mr. Francis was associated with a firm specializing in traumatic brain injury cases.

Mr. Francis interned for the Honorable Kiyo A. Matsumoto in the Eastern District of New York and gained experience drafting opinions concerning a wide range of federal issues. As an intern for the United States Attorney's Office in the Eastern District of New York, he played an integral role in securing convictions in a RICO murder re-trial involving complex issues of expert testimony admissibility.

Mr. Francis attended Yale University, where he graduated with honors in Political Science. He is a 2011 graduate of Vanderbilt University Law School, where he was an Articles Editor of the Vanderbilt Journal of Entertainment and Technology Law. His article, "The Kindle Controversy: An Economic Analysis of How the Amazon Kindle's Text-to-Speech Feature Violates Copyright Law" was published in the Fall of 2011.