Joseph G. Sauder
jgs@sauderschelkopf.com
Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0580
Facsimile: (610) 421-1326

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KINNICK and WALLACE COATS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, LTD, HYUNDAI MOTOR AMERICA, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 8:17-cv-02208-JLS-JDE<br><br>**[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL** |

**WHEREAS**, Plaintiffs James Kinnick and Wallace Coats (together, "Plaintiffs") have moved for an order appointing Matthew Schelkopf of Sauder Schelkopf LLC and Adam Gonnelli of the Sultzer Law Group as Interim Co-Lead Counsel, and the appointment of Bonner Walsh of Walsh PLLC to the Executive Committee, (collectively, "Interim Class Counsel").

**WHEREAS**, the Court has considered the following factors: (1) the work done by proposed Interim Class Counsel in identifying and/or investigating potential claims in the action; (2) proposed Interim Class Counsel's experience in handling class actions, other complex litigation, and claims of the type asserted in this action; (3) proposed Interim

-1-

[Proposed] Order Appointing Interim Class Counsel
Case No.: 8:17-cv-02208-JLS-JDE

Class Counsel's knowledge of the applicable law; and (4) the resources that proposed Interim Class Counsel will commit to representing the class;

**IT IS HEREBY ORDERED:**

1. Pursuant to Fed. R. Civ. P. 23(g)(3), Matthew Schelkopf and Adam Gonnelli are hereby appointed Interim Co-Lead Counsel with the sole responsibility for and authority over the following matters on behalf of all Plaintiffs in this action:

   a. To determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings;

   b. To coordinate the initiation and conduct of discovery on behalf of Plaintiffs and putative class members, consistent with the requirements of Federal Rule of Civil Procedure 26(b)(1), 26(b)(2), and 26(g), including the preparation of interrogatories and requests for the production of documents and the examination of witnesses in depositions;

   c. To conduct settlement negotiations on behalf of Plaintiffs and putative class members, where appropriate, to present any proposed settlements to the Court on behalf of putative class members;

   d. To delegate specific tasks to the Executive Committee or other counsel or groups of counsel, as authorized by the Court, in a manner designed to ensure that pretrial preparation for Plaintiffs and the putative class is conducted efficiently and effectively;

   e. To enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

   f. To prepare and distribute status reports to any other law firms that might seek to represent the putative class;

   g. To maintain adequate time and disbursement records covering services as Interim Class Counsel;

      h.   To monitor the activities of any other law firms that might seek to represent putative class members to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

      i.   To perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiffs and the putative class or authorized by further order of this Court.

2.   Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to any action filed in, transferred to, or removed to this Court, which relates to the subject matter at issue in the Action.

**IT IS SO ORDERED on this _____ day of _____, 2018.**

_____
**Hon. Josephine L. Staton**
**United States District Judge**