# Part 573 Safety Recall Report        17V-226

| | |
|---|---|
| **Manufacturer Name :** | Hyundai Motor America |
| **Submission Date :** | MAR 31, 2017 |
| **NHTSA Recall No. :** | 17V-226 |
| **Manufacturer Recall No. :** | 162 |



## Manufacturer Information :

**Manufacturer Name :** Hyundai Motor America
**Address :** 10550 Talbert Avenue
Fountain Valley CA 92708
**Company phone :** 800-633-5151

## Population :

**Number of potentially involved :** 572,000
**Estimated percentage with defect :** 2 %

## Vehicle Information :

**Vehicle 1 :** 2013-2014 Hyundai Sonata
**Vehicle Type :** LIGHT VEHICLES
**Body Style :** 4-DOOR
**Power Train :** GAS
**Descriptive Information :** Model Year 2013 through 2014 Hyundai Sonata sedans produced at Hyundai Motor Manufacturing Alabama equipped with 2.0 liter and 2.4 liter Gasoline Direct injection engines produced beginning on March 21, 2012 through May 29, 2014.
**Production Dates :** MAR 21, 2012 - MAY 29, 2014
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

**Vehicle 2 :** 2013-2014 Hyundai Santa Fe Sport
**Vehicle Type :** LIGHT VEHICLES
**Body Style :** SUV
**Power Train :** GAS
**Descriptive Information :** Model Year 2013 through 2014 Hyundai Santa Fe Sport vehicles produced at Kia Motor Manufacturing Georgia equipped with 2.0 liter and 2.4 liter Gasoline Direct injection engines produced beginning on June 28, 2012 through May 31, 2014.
**Production Dates :** JUN 28, 2012 - MAY 31, 2014
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

## Description of Defect :

**Description of the Defect :** The subject engines may contain residual debris from factory machining operations, potentially restricting oil flow to the main bearings and leading to premature bearing wear. A worn connecting rod bearing will produce a cyclic knocking noise from the engine and may also result in the illumination of the oil pressure lamp in the instrument panel. Over time, the bearing may fail and the vehicle could lose motive power while in motion.

|  |  |
|---|---|
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | An engine stall at higher speeds can increase the risk of a crash. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | 1. Knocking noise from engine<br>2. Reduced power and/or hesitation<br>3. Illumination of the "Check Engine" warning lamp<br>4. Illumination of engine oil pressure warning lamp |

**Supplier Identification :**

**Component Manufacturer**

|  |  |
|---|---|
| Name : | NR |
| Address : | NR |
|  | NR |
| Country : | NR |

**Chronology :**

In September, 2015 Hyundai initiated a recall for Model Year 2011 and 2012 Hyundai Sonata vehicles manufactured at Hyundai Motor Manufacturing Alabama (HMMA) equipped with 2.0 liter and 2.4 liter Gasoline Direct injection engines based on the number of engine replacements in those model years. At the same time, Hyundai initiated a warranty extension for the engine short block assembly for all 2011 through 2014 MY Sonata ("YF" platform) vehicles manufactured at HMMA. Hyundai continued to monitor engine-related field data during 2016 and into 2017, noting an increase in claims relating to the subsequent model years. Although the majority of the claims for engine replacement indicated that customers were responding to substantial noise or the vehicle's check engine or oil pressure warning lights (and bringing their vehicles to service as a result of those warnings), in certain instances customers reported stalling events, including some at higher speeds. Some customers mention being able to restart their vehicles and/or to move the vehicles to the side of the road.

After further discussions, on March 24, 2017, Hyundai decided to convert the extended warranty for the remaining 2013 and 2014 Model Year Sonatas to a safety recall, and to add the corresponding population of "AN" platform Santa Fe Sport vehicles manufactured at HMMA, which have exhibited a similar field experience.

There have been no reports of accidents or injuries attributed to this condition.

**Description of Remedy :**

Description of Remedy Program :   Hyundai Motor America plans to notify owners of affected vehicles to

# Part 573 Safety Recall Report      17V-226      Page 3

| | |
|---|---|
| Description of Remedy Program : | return their vehicles to their Hyundai dealers to inspect, and if necessary, replace the engine sub-assembly (or "short block"). |
| | Hyundai will provide reimbursement to owners for repairs according to the plan submitted on November 20, 2016. |
| How Remedy Component Differs from Recalled Component : | As a regular part of its process improvement, Hyundai has routinely implemented revisions to its manufacturing and assembly processes to reduce the potential for bearing damage. Claim data indicates a corresponding reduction in related field claims. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | NR |
| Planned Dealer Notification Date : | MAY 19, 2017 - MAY 19, 2017 |
| Planned Owner Notification Date : | MAY 19, 2017 - MAY 26, 2017 |

\* NR - Not Reported