# Part 573 Safety Recall Report          17V-224

| | |
|---|---|
| **Manufacturer Name :** | Kia Motors America |
| **Submission Date :** | JUN 16, 2017 |
| **NHTSA Recall No. :** | 17V-224 |
| **Manufacturer Recall No. :** | SC147 |



## Manufacturer Information :

**Manufacturer Name :** Kia Motors America
**Address :** 111 Peters Canyon Road
Irvine CA 92606
**Company phone :** 800-333-4542

## Population :

**Number of potentially involved :** 618,160
**Estimated percentage with defect :** 2 %

## Vehicle Information :

**Vehicle 1 :** 2011-2014 Kia Optima
**Vehicle Type :** LIGHT VEHICLES
**Body Style :** ALL
**Power Train :** GAS
**Descriptive Information :**
- All 2011-2013 MY Optima vehicles equipped with the 2.4L Gasoline Direct Injection (GDI) and 2.0L Turbocharged GDI (T-GDI) engines produced from August 12, 2010 through September 27, 2013;
- All 2014 MY Optima vehicles equipped with the 2.4L Gasoline Direct Injection (GDI) and 2.0L Turbocharged GDI (T-GDI) engines produced at KMMG from August 28, 2013 through May 15, 2014, with engines supplied by Hyundai Motor Manufacturing Alabama; (443,825 vehicles)

**Production Dates :** AUG 12, 2010 - MAY 15, 2014
**VIN Range 1 : Begin :** NR   **End :** NR   ☐ Not sequential

**Vehicle 2 :** 2012-2014 Kia Sorento
**Vehicle Type :** LIGHT VEHICLES
**Body Style :** ALL
**Power Train :** GAS
**Descriptive Information :**
- All 2012-2014 MY Sorento vehicles equipped with the 2.4L Gasoline Direct Injection (GDI) engines produced from April 19, 2011 through February 10, 2014. (165,918 vehicles)

**Production Dates :** APR 19, 2011 - FEB 10, 2014
**VIN Range 1 : Begin :** NR   **End :** NR   ☐ Not sequential

**Vehicle 3 :** 2011-2013 Kia Sportage
**Vehicle Type :** LIGHT VEHICLES
**Body Style :** ALL
**Power Train :** GAS

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report     17V-224     Page 2

| | |
|---|---|
| Descriptive Information : | • All 2011-2013 MY Sportage vehicles equipped with the 2.0L Turbo Gasoline Direct Injection (T-GDI) engines produced from December 30, 2010 through August 30, 2013. (8,417 vehicles) |
| Production Dates : | DEC 30, 2010 - AUG 30, 2013 |
| VIN Range 1 : Begin : | NR      End : NR      ☐ Not sequential |

## Description of Defect :

| | |
|---|---|
| Description of the Defect : | Metal debris may have been generated from factory machining operations as part of the manufacturing of the engine crankshaft which may not have been completely removed from the crankshaft's oil passages during the cleaning process. In addition, the machining processes of the crankpins caused an uneven surface roughness. As a result, the metal debris and uneven surface roughness can restrict oil flow to the bearings, thereby increasing bearing temperatures causing premature bearing wear. A worn connecting rod bearing will produce a cyclic knocking noise from the engine and may also result in the illumination of the engine warning lamp and/or oil pressure lamp in the instrument panel. If the warnings are ignored and the vehicle is continued to be driven, the bearing may fail and the vehicle could stall while in motion. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | An engine stall at higher speeds can increase the risk of a crash. |
| Description of the Cause : | N/A |
| Identification of Any Warning that can Occur : | Illumination of the engine warning lamp and/or oil pressure warning lamp and/or knocking noise from engine |

## Supplier Identification :

**Component Manufacturer**

| | |
|---|---|
| Name : | N/A |
| Address : | NR |
| | NR |
| Country : | NR |

## Chronology :

See attached document titled "Theta Engine Chronology"

The information contained in this report was submitted pursuant to 49 CFR §573

## Description of Remedy :

**Description of Remedy Program :** All owners of the subject vehicles will be notified by first class mail with instructions to bring their vehicles to a Kia dealer. Dealers will be instructed to inspect the engine assembly and replace, if necessary. Kia will reimburse owners for repair expenses already incurred pursuant to Kia's General Reimbursement Plan filed March 21, 2016.

**How Remedy Component Differs from Recalled Component :** N/A

**Identify How/When Recall Condition was Corrected in Production :** The engine plant processes/operations were improved in August 2013 at the Hwasung plant and during the production of the 2014 model year at the Hyundai Motor Manufacturing Alabama plant.

## Recall Schedule :

**Description of Recall Schedule :** NR

**Planned Dealer Notification Date :** MAY 22, 2017 - MAY 22, 2017

**Planned Owner Notification Date :** JUN 20, 2017 - OCT 24, 2017

\* NR - Not Reported